UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

HONG DANIELLE ACCETTOLA                          :

                                    Plaintiff,   :

             -v-                                 :

LINDA ME HE et al.,                              :

                                    Defendants.  :

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/18/24___
```

23-cv-1983 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

     Plaintiff seeks to file a response to Defendants' application for sanctions *ex parte* and under seal.  Dkt. No. 42.  The motion is denied without prejudice to renewal by June 25, 2024. The motion is based on the purported effect of an order entered by another Judge.  However, Plaintiff makes no showing that she has sought relief from that Judge (or the parties to the action over which the other Judge is presiding) in order to file the response on the public docket or, at a minimum, to provide such information to opposing counsel.  Plaintiff also makes no showing that she has sought relief to permit discovery (including her deposition) to proceed in this action. The response that Plaintiff has filed *ex parte*, Dkt. No. 43, will remain provisionally under seal until June 25, 2024.

     SO ORDERED.

Dated: June 18, 2024
      New York, New York        _____
                           LEWIS J. LIMAN
                   United States District Judge