UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HONG DANIELLE ACCETTOLA,                                           :
                                                                   :
                              Plaintiff,                           :
                                                                   :
              -v-                                                  :
                                                                   :
LINDA MEI HE et al.,                                               :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024
```

23-cv-1983 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Following the post-discovery conference on October 28, 2024, the Court orders the following: (1) Plaintiff has until November 15, 2024 to file her motion challenging the removal of this case from state court, Defendants have until December 6, 2024 to respond, and Plaintiff has until December 13, 2024 to reply;[1] (2) Plaintiff shall also, by November 15, 2024, raise to the Court's attention any legal authority supporting the proposition that the parties' agreement to a Case Management Plan and the Court's signature on that plan resurrects Plaintiff's right to a jury trial notwithstanding the failure timely to demand such a trial in accordance with Federal Rule of Civil Procedure 38; (3) Plaintiff has until November 4, 2024 to amend her responses to Defendants' Requests to Admit, Dkt. No. 65–2, after which time Defendants have the Court's leave to make a motion to compel for any outstanding issues relating to the Requests; (4) consistent with the extant Case Management Plan, Dkt. No. 32, the Defendants have until December 30, 2024 to move for summary judgment. The Court sets an additional pretrial TELECONFERENCE in this matter for December 16, 2024 at 4 p.m., at which the parties

---

[1] The Court reaches no conclusion that such motion is timely.

shall be prepared to address whether, in the interests of judicial efficiency and the reduction of

costs for the parties, the Court should proceed to a bench trial of this matter in lieu of filing

summary judgment motions.   Parties are directed to dial into the Court's teleconference

number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.


        SO ORDERED.

Dated: October 28, 2024
        New York, New York                    _____
                                                      LEWIS J. LIMAN
                                               United States District Judge