UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
HONG DANIELLE ACCETTOLA,                          :
:
Plaintiff,               :
:               23-cv-1983 (LJL)
-v-                                       :
:               ORDER
LINDA MEI HE et al.,                              :
:
Defendants.               :
:
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024
```

LEWIS J. LIMAN, United States District Judge:

Following the conference on December 16, 2024, the Court sets this matter for a bench trial to begin on February 18, 2025, at 9 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  The Court will sit from February 18 to February 20, 2025.  Summations will take place on Monday, February 24, 2025.

The joint pretrial order consistent with the Court's Individual Practices and motions in limine are due on Friday, January 31, 2025.  In addition, on January 31, 2025, parties will file the additional submissions specified in this Court's Individual Practices in Civil Cases, including pretrial memoranda and proposed findings of fact and conclusions of law and declarations of the witnesses within the control of the party offering their testimony.  Responses to the motions in limine are due on February 7, 2025.  The Court sets a final pretrial conference on February 12, 2025, at 12 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: December 17, 2024
       New York, New York
                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge