**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HONG DANIELLE ACCETTOLA,

                Plaintiff,

-against-                                      23 **CIVIL** 1983 (LJL)

## JUDGMENT

LINDA MEI HE, WL GLOBAL CORP., WE
EDUCATION GROUP, INC., and WAILIAN
OVERSEAS CONSULTING GROUP LTD.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2025, all of Defendants' counterclaims fail. Plaintiff's claims are dismissed. Defendants' counterclaims are dismissed. Accordingly, the case is closed.

**Dated:** New York, New York

      March 19, 2025

                                                                **TAMMI M HELLWIG**
                                                                _____
                                                                  **Clerk of Court**

                                                    **BY:**

                                                                  _____
                                                                   **Deputy Clerk**